# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**RICHARD HARTMAN,**

    **Plaintiff,**

**v.**                                        **CASE NO.: 8:14-cv-01311-JSM-TGW**

**CAPITAL ONE BANK (USA), N.A.,**

    **Defendant.**

_____/

## PLAINTIFF'S MOTION FOR ENTRY OF A CLERK'S DEFAULT

Plaintiff, Richard Hartman ("Plaintiff"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 55(a), hereby files this Motion for Entry of a Clerk's Default against Defendant Capital One Bank (USA), N.A. ("Defendant"), and as grounds therefore states as follows:

1.    Service of the Summons and Complaint in this matter was duly effectuated on Defendant in compliance with Federal Rule of Civil Procedure 4 on June 25, 2014.  A copy of the Affidavit of Special Process Server was filed in this case on July 19, 2014.  Doc. 4.

2.    Defendant did not seek nor obtain an extension of time to respond to the complaint.

3.    Defendant failed to file a responsive pleading or motion within the time specified by Federal Rule of Civil Procedure 12(a).

4.      Plaintiff is therefore entitled to the entry of default against the Defendant.

WHEREFORE, Plaintiff respectfully requests entry of a Clerk's Default as to Defendant, Capital One Bank (USA), N.A.

Dated:  July 19, 2014                              Respectfully Submitted,

**CENTRONE & SHRADER, LLC**
1710 N. 19th Street, Suite 205
Tampa, Florida 33605
Phone:  (813) 360-1529
Fax:     (813) 336-0832

/s/ Gus M. Centrone

**GUS M. CENTRONE, ESQ.**
Florida Bar No. 30151
e-mail: gcentrone@centroneshrader.com
**BRIAN L. SHRADER, ESQ.**
Florida Bar No. 57251
e-mail: bshrader@centroneshrader.com
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 19, 2014, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.

  /s/ Gus M. Centrone
GUS M. CENTRONE, ESQ.