**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

RICHARD HARTMAN,

    Plaintiff,

v.                                                          Case No: 8:14-cv-1311-T-30TGW

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

**ORDER**

THIS CAUSE comes before the Court upon the Unopposed Motion of Defendant Capital One Bank USA, N.A. to Set Aside Clerk's Entry of Default and Extend Deadline to File a Response to the Complaint (Dkt. 10).

After a clerk's default has been entered against a party, "[t]he court may set aside an entry of default for good cause." Fed.R.Civ.P. 55(c). In the instant case, there is no evidence to suggest that Defendant acted culpably or willfully, nor is there any evidence to suggest that the delay caused by Defendant's failure to respond to the Complaint caused any prejudice to Plaintiff, particularly where Plaintiff consented to an extension for Defendant to file an Answer to the Complaint. Further, Defendant acted promptly with the filing of this motion to set aside the Clerk's default. On the basis of the foregoing, the Court concludes that the Defendants have shown good cause for setting aside the Clerk's default. *See Armadillo Distribution Enterprises, Inc. v. Hai Yun Musical Instruments*

*Manufacture Co. Ltd.*, 8:12-CV-1839-T-33EAJ, 2013 WL 6095442, at *2 (M.D. Fla. Nov. 20, 2013).

It is therefore ORDERED AND ADJUDGED that:

1. The Unopposed Motion of Defendant Capital One Bank USA, N.A. to Set Aside Clerk's Entry of Default and Extend Deadline to File a Response to the Complaint (Dkt. 10) is GRANTED.

2. The Clerk is directed to vacate the Entry of Default (Dkt. 6).

3. Defendant shall file a response to the Complaint on or before August 8, 2014.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of August, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-1311 vacate clerk default.docx