# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**RICHARD HARTMAN,**

       **Plaintiff,**

**v.**                                         **CASE NO. 8:14-cv-01311-JSM-TGW**

**CAPITAL ONE BANK (USA), N.A.,**

       **Defendant.**

_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CAPITAL ONE BANK (USA), N.A.

It is hereby stipulated and agreed, by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as to Capital One Bank (USA), N.A. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party is to bear their own fees and costs except as otherwise agreed between the parties prior to this stipulation.

Dated:  May 13, 2015

Respectfully Submitted,

| | |
|---|---|
| **CENTRONE & SHRADER, PLLC** | **STROOCK & STROOCK & LAVAN LLP** |
| 1710 N. 19th Street, Suite 205 | 200 Biscayne Blvd., FL 31 |
| Tampa, Florida 33605 | Miami, FL  33132-2219 |
| Phone:  (813) 360-1529 | Phone: (305) 789-9900 |
| Fax:     (813) 336-0832 | Fax:     (305) 789-9302 |
| | |
| /s/ Gus M. Centrone | /s/ Brian Frontino |
| _____ | _____ |
| **GUS M. CENTRONE, ESQ.** | **BRIAN FRONTINO, ESQ.** |
| e-mail: gcentrone@centroneshrader.com | e-mail: bfrontino@stroock.com |
| **BRIAN L. SHRADER, ESQ.** | Florida Bar No. 95200 |
| Florida Bar No. 57251 | Attorney for Defendant |
| e-mail: bshrader@centroneshrader.com | Capital One Bank (USA), N.A. |
| Attorneys for Plaintiff | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 13, 2015, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.

_/s/ Gus M. Centrone_____
**GUS M. CENTRONE, ESQ.**