# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

RICHARD HARTMAN,

      Plaintiff,

v.                                       Case No: 8:14-cv-1311-T-30TGW

CAPITAL ONE BANK (USA), N.A.,

      Defendant.

_____

### ORDER OF DISMISSAL

Before the Court is the Stipulation of Voluntary Dismissal With Prejudice as to Capital One Bank (USA), N.A. (Dkt. #19).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed with prejudice.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of May, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cv-1311 dismiss 19.docx